UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARRIE MOLERO,

       Plaintiff,                      Case No. 1:18-CV-283

v.                                     Hon. Gordon J. Quist

JACKSON FINANCIAL, INC.,

       Defendant.
_____/

### ORDER APPROVING
### REPORT AND RECOMMENDATION

On June 13, 2018, Magistrate Judge Green filed a Report and Recommendation (R & R) recommending that the Court deny Plaintiff's motion for entry of a default judgment against Defendant Jackson Financial, Inc. and order Plaintiff to file and serve an amended complaint addressing the pleading deficiencies identified in the R & R. The magistrate judge also recommended that the default be set aside as moot at the time Plaintiff files an amended complaint. (ECF No. 22) The R & R was duly served on Plaintiff on June 13, 2018. Plaintiff failed to file timely objections pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the June 13, 2018, R & R (ECF No. 22) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Entry of Default Judgment (ECF No. 17) is **DENIED**.

**IT IS FURTHER ORDERED** that within **thirty (30) days** of the date of this Order, Plaintiff shall file and serve on Defendant an amended complaint addressing the pleading deficiencies identified in the R & R. If Plaintiff fails to file an amended complaint within that time,

the complaint shall be dismissed for failure to state a claim. The default against Jackson Financial, Inc. shall be set aside upon the filing of an amended complaint.

Dated: July 24, 2018                                    /s/ Gordon J. Quist
                                                         GORDON J. QUIST
                                                     UNITED STATES DISTRICT JUDGE